AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

08/20/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

## Return

| Case No.: 3:20mj00031 | Date and time warrant executed: 7/27/2020 5:36 PM | Copy of warrant and inventory left with: facebook.com/records |
|---|---|---|

Inventory made in the presence of : N/A

Inventory of the property taken and name(s) of any person(s) seized:

On 8/19/2020 at 4:37pm SA Douthit received an email from Facebook, stating that digital records responsive to the Search were available for download. SA Douthit Completed the downloads at 4:55pm on 8/19/2020. The files downloaded were: 666830850875657_affidavit.pdf, 274395377237477.pdf, and 274395377237477.zip.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/20/2020

_Executing officer's signature_

W. Wade Douthit Special Agent
_Printed name and title_

Received in chambers by reliable electronic means on August 20, 2020.

USMJ